**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

LaPHONSE AKILIO YOUNG,        :

    Petitioner,        :

vs.        :        CA 05-0257-BH-C

SHERIFF JACK S. TILLMAN,        :
et al.,

            :

    Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 7, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of December, 2005.

                                                s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE