## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LaPHONSE AKILIO YOUNG, | : | |
| Petitioner, | : | |
| vs. | : | CA 05-0257-BH-C |
| SHERIFF JACK S. TILLMAN, et al., | : | |
| | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED** as this Court lacks jurisdiction to grant habeas relief since petitioner no longer meets the "in custody" requirement of the statute.

**DONE** this 9th day of December, 2005.

                                                  s/ W. B. Hand
                                    **SENIOR DISTRICT JUDGE**